UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-60239-CIV-MARTINEZ

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

SOUTHSTAR AUTO GROUP LLC and 2890 INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. On February 4, 2022 and February 7, 2022, Defendants Southstar Auto Group LLC and 2890 Inc. were served with the summons and complaint, respectively. (ECF Nos. 5, 6). The deadline for Defendants to file an answer or otherwise respond to the Complaint has passed and to date, they have failed to do so.

The Federal Rules of Civil Procedure provide that the Clerk must enter a default against a defendant who has failed to plead or otherwise defend. Fed. R. Civ. P. 55. The Court may *sua sponte* direct the Clerk to enter a default as part of its inherent power to manage its docket. *See Codigo Music, LLC v. Televisa, S.A., de C.V.*, No. 15-21737-CIV, 2015 WL 13754256, at *1 (S.D. Fla. Aug. 3, 2015). Accordingly, it is

**ORDERED AND ADJUDGED** that the Clerk is **DIRECTED** to enter default against Defendants Southstar Auto Group LLC and 2890 Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this __1__ day of March, 2022.

                                                            JOSE E. MARTINEZ
                                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record