UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-60239-CIV-MARTINEZ

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

SOUTHSTAR AUTO GROUP LLC and 2890 INC.,

    Defendants.
_____/

## ORDER ON FINAL DEFAULT JUDGMENT PROCEDURE

THIS CAUSE came before the Court upon the Clerk's Default entered against Defendants Southstar Auto Group LLC and 2890 Inc. (ECF No. 8). Upon review of the record, it appears that Defendants have indeed failed to answer or otherwise respond to the Complaint. Therefore, it is,

**ORDERED AND ADJUDGED** that:

1. Plaintiff shall file a Motion for Default Final Judgment **no later than March 22, 2022**, that includes affidavits of the amount due by Defendant, if necessary, and any other supporting documentation necessary to determine the measure of damages and/or conclude this action. Plaintiff shall send a copy of the motion to Defendant's counsel, or to Defendant itself, if Defendant does not have counsel. **In the certificate of service, Plaintiff shall indicate that notice was sent and the address to where it was sent**. Plaintiff's failure to file a Motion for Default Final Judgment within the specified time will result in a **dismissal** without prejudice.

2. Defendant must file an answer and move to set aside the clerk's default showing good cause for its failure to timely respond to the complaint **no later than March 15, 2022**. If

Defendant fails to do so, then default final judgment may be entered.[1] Simply put for individuals without an attorney, if Defendant does not send an objection to the Clerk of Court before the above deadline, then Plaintiff may be able to obtain the relief requested in its Complaint.

3. Plaintiff shall **immediately send** a copy of this Order to Defendant and **file a certificate of service on the record**.

4. This case is **ADMINISTRATIVELY CLOSED,** and all pending motions are **DENIED as moot**. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of March, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record

---

[1] The Court notes that a corporation must be represented by counsel and cannot proceed *pro se*. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Accordingly, any pleadings or documents filed by the corporate Defendant must be filed through counsel.